# Court of Appeals
# of the State of Georgia

ATLANTA, July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2081. KIMBERLY CLARK v. THE STATE.**

In 1987, a jury found Kimberly Clark guilty of rape, aggravated sodomy, and burglary, and we affirmed his convictions on appeal. See *Clark v. State*, 186 Ga. App. 882 (369 SE2d 282) (1988). In October 2019, Clark filed an extraordinary motion for new trial, which the trial court denied. Clark filed this direct appeal from the trial court's ruling. We, however, lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Clark's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/20/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.